316 F.2d 928
 CITY OF SHREVEPORT, LOUISIANA, et al., Appellants,
v.
UNITED STATES of America, Appellee.
 No. 20321.
 United States Court of Appeals Fifth Circuit.
 May 22, 1963, Rehearing Denied June 25, 1963.
 
 J. N. Marcantel, J. Bennett Johnston, Jr., Shreveport, La., for appellants.
 Burke Marshall, Asst. Atty. Gen., Dept. of Justice, Washington, D.C., Edward L. Shaheen, U.S. Atty., Shreveport, La., Harold H. Greene, David Rubin, Alan G. Marer, St. John Barrett, Gerald P. Choppin, Attys., Dept. of Justice, Washington, D.C., for appellee.
 Before TUTTLE, Chief Judge, and RIVES and MOORE,[1] Circuit Judges.
 PER CURIAM.
 
 This judgment is
 
 1
 Affirmed.
 
 
 
 [1]
 Of the Second Circuit, sitting by designation